# EXHIBIT F

*Bench Filed*
*3/12/25*
*anp*
*2:17 pm*

CAUSE NO. 24-17982

| | § | IN THE DISTRICT COURT OF |
|---|---|---|
| IN RE: | § | |
| | § | GILLESPIE COUNTY, TEXAS |
| CREATE HEALTHY FOUNDATION | § | |
| | § | 216TH JUDICIAL DISTRICT |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEVER

On this day, the Court considered Petitioner Create Healthy Foundation's Motion For Severance (the "Motion") in the above-entitled and numbered cause, which was electronically filed on February 19, 2025. The Court, having read and considered the pleadings, the evidence and the arguments of counsel, is of the opinion that the Motion be **GRANTED.**

It is therefore **ORDERED** that all present or future causes of action, claims, counterclaims, and defenses, related to the Schwindt Fund, the Schwindt Estate and/or by and between Petitioner and Ray Geistweidt, are severed from this cause and hereby assigned the following new cause number as designated by the District Clerk, Cause No. 24-17982(A), in the severed cause for which the style will be *In Re: Create Healthy Foundation - Schwindt Fund*, in the 216th Judicial District Court.

The Clerk of this Court is hereby further **ORDERED** to place certified copies of the following in the records of new Cause No. 24-17982(A) :

(1)  Petitioner's September 30, 2024 *Original Petition for Modification of Restrictions on Purpose of Institutional Funds*;

(2)  Ray Geistweidt's December 27, 2024 *Response and Objections* to Petitioner's Original Petition;

(3)  Petitioner's February 19, 2025 *Motion to Sever*;

(4)  Petitioner's February 19, 2025 *Special Exceptions, Original Answer, and Affirmative Defenses to Ray Geistweidt's Purported Pleading*;

(5)  Petitioner's February 19, 2025 *Plea to the Jurisdiction, Motion to Dismiss, and Motion to Strike*; and

(6)     This Order Granting Plaintiff's Motion to Sever.

SIGNED and ORDERED on this /2ᵗᵃ day of March 2025.


_____
HONORABLE JUDGE PRESIDING


**APPROVED TO AS FORM AND SUBSTANCE AND COPIES TO:**


**LANGLEY & BANACK, INC.**                    **RAY C. GEISTWEIDT**

BY:     /S/ N. TAYLOR WILLIAMS          _____
**N. TAYLOR WILLIAMS**                        **Ray Geistweidt**
TEXAS BAR NO. 24056536                        office@gfcocpa.com
TWILLIAMS@LANGLEYBANACK.COM                   Tel: 325.347.2655
RYAN W. FINNEGAN
TEXAS BAR NO. 24119322                        **PRO SE LITIGANT**
RFINNEGAN@LANGLEYBANACK.COM

206 W. MAIN ST.
FREDERICKSBURG, TEXAS 78624
TELEPHONE:     (830) 990-0557
FACSIMILE:     (830) 990-0559

**ATTORNEYS FOR PETITIONER**