IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CREATE HEALTHY FOUNDATION | § § § | |
| V. | § § | CIVIL CASE NO: 1:25-CV-465-DAE |
| THE CHARLEMANGE INSTITUTE and HILLSDALE COLLEGE | § § | |

ORDER

This case was Removed to this court on March 28, 2025 from the 216th Judicial District Court, Gillespie County, TX, 24-17982-A. Prior to removal, attorney Ryan Finnegan had made an appearance in the case as counsel for Create Healthy Foundation. Ryan Finnegan is not admitted to practice in this court. Local Court Rule AT-1(f)(1) states: "An Attorney who is licensed by the highest court of a state or another federal district court, but who is not admitted to practice before this court, may represent a party in this court pro hac vice only by permission of the judge presiding."

ACCORDINGLY, Ryan Finnegan is **ORDERED** to file a Motion to Appear Pro Hac Vice not later than 14 days from the date of this order. A copy of a form motion can be found on the court's website at https://www.txwd.uscourts.gov/for-attorneys/pro-hac-vice/ . Failure to file the motion timely could result in counsel being stricken from the docket, after which time counsel will not receive order from the court or any pleadings filed.

SIGNED this 31st day of March, 2025.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE