IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CREATE HEALTHY FOUNDATION | § § § | |
| V. | § § | Civil No. 1:25-CV-465-DAE |
| THE CHARLEMANGE INSTITUTE and HILLSDALE COLLEGE | § § § | |

ORDER

The above captioned cause, having been removed to this Court on March 28, 2025, from the 216th Judicial District Court, Gillespie County, TX, 24-17982-A, and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings. The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this 31st day of March, 2025.

_____
DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE