Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back                              Location : All Courts   Help

# REGISTER OF ACTIONS
## CASE NO. 24-17982

| | | | |
|---|---|---|---|
| In Re: Create Healthy Foundation | § § § § § | Case Type:<br>Date Filed:<br>Location: | Other Civil Cases<br>09/30/2024<br>216th District Court |

---

### PARTY INFORMATION

|   |   |   | Attorneys |
|---|---|---|---|
| Defendant | N/A | | |
| Plaintiff | Create Healthy Foundation | | N. Taylor Williams<br>*Retained*<br>830-990-0557(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 09/30/2024 | **Original Petition ( OCA)**<br>*Original Petition for Modification of Restrictions on Purpose of Institutional Funds* |
| 10/03/2024 | **Notice**<br>*AG Notify Ltr_rp* |
| 11/01/2024 | **Waiver**<br>*From Attorney General* |
| 12/27/2024 | **Response And Objections**<br>*filed by Ray Geistweidt* |
| 02/19/2025 | **Motion**<br>*Create Healthy Foundation's Motion to Sever* |
| 02/19/2025 | **Answer/Response**<br>*Create Healthy Foundation's Special Exceptions, Original Answer, and Affirmative Defenses to Ray Geistweidt's Purported Pleading* |
| 02/19/2025 | **Motion**<br>*Create Healthy Foundation's Plea to the Jurisdiction, Motion to Dismiss, and Motion to Strike* |
| 03/10/2025 | **Letter**<br>*cover* |
| 03/10/2025 | **Order Setting Hearing** (Judicial Officer: Pattillo, Albert D., III )<br>*Agreed Notice Setting Hearing on Create Healthy Foundation's Motion to Sever* |
| 03/10/2025 | **Letter**<br>*coverletter* |
| 03/10/2025 | **Notice of Hearing** (Judicial Officer: Pattillo, Albert D., III )<br>*Agreed Notice Setting Hearing, Petitioners original answer and Defenses* |
| 03/12/2025 | **Hearing On Motion**  (1:30 PM) (Judicial Officer Pattillo, Albert D., III)<br>*Motion to Sever* |
| 03/12/2025 | **Order Granting-----see memo for description**<br>*Plaintiff's Motion to Sever and create 24-17982A* |
| 03/27/2025 | **Notice of Nonsuit**<br>*filed by Ray Geistweidt* |
| 03/28/2025 | **Hearing On Motion**  (9:00 AM) (Judicial Officer Pattillo, Albert D., III)<br>*Set at 11:30AM* |
| 04/01/2025 | **Letter**<br>*Ex Parte communication per Judge Pattillo* |

---

### FINANCIAL INFORMATION

**Plaintiff** Create Healthy Foundation
Total Financial Assessment                                                                                                           350.00
Total Payments and Credits                                                                                                           350.00
**Balance Due as of 04/04/2025**                                                                                                     **0.00**

| Date | | | | |
|---|---|---|---|---|
| 10/01/2024 | Transaction Assessment | | | 350.00 |
| 10/01/2024 | E-File Payment | Receipt # DC-40647 | Create Healthy Foundation | (213.00) |
| 10/01/2024 | State Credit | | | (137.00) |