IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CREATE HEALTHY FOUNDATION | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 1:25-cv-00465-DAE |
| | § | |
| THE CHARLEMAGNE INSTITUTE | § | |
| AND HILLSDALE COLLEGE | § | |
| *Defendants* | § | |

## <u>ORDER GRANTING PLAINTIFF'S MOTION TO TO REMAND</u>

CAME ON for consideration the *Motion to Dismiss, or, in the Alternative, to Remand for Lack of Subject Matter Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(1)* ("Motion") filed by Plaintiff Create Healthy Foundation.  The Parties have recently indicated that they are now  in agreement that this case should be remanded. (<u>See</u> Dkt. # 20.)

**IT IS THEREFORE ORDERED** that the above-captioned case shall be remanded to the 216th Judicial District Court of Gillespie County, Texas.

**IT IS SO ORDERED.**

**SIGNED:** Austin, Texas June 5, 2025.

_____
DAVID A. EZRA
SENIOR UNITED STATES DISTRICT JUDGE